## IN EQUITY.

### BOSTWICK vs. PULVER et al.

A decree in foreclosure should direct a sheriff to retain surplus moneys until the further order of the court, or to deposit them in some bank, not direct him to bring the moneys into court.

*September Special Term*, 1847. *Dutchess county.*

WM. ENO, *for complainant.*

BARCULO, Justice—Held, in this case, that the decree in a foreclosure suit, should not direct the surplus moneys to be brought *into court*, according to the form given in the rules. The decree should direct the sheriff to retain the surplus moneys until the further order of the court, or direct him to deposit them in some bank.